UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2019 JUL 25 PM 1:22

CLERK

BY _____
DEPUTY CLERK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. |
| | ) | |
| JOSHUA STRATTON, | ) | 5:19-cr-114-1 |
| Defendant. | ) | |

### INDICTMENT

The Grand Jury charges:

On or about June 30, 2019, in the District of Vermont, the defendant JOSHUA STRATTON, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, multiple firearms, to wit:

- Ruger, Model Red Hawk, .44 Magnum, revolver, serial number 502-27140
- SCCY, Model CPX-2, 9mm semi-automatic, pistol, serial number 277641
- Ruger, Model AR-556, .556 caliber, AR-style rifle, serial number 855-61032
- Maverick Arms (Mossberg), Model 88, 12 gauge shotgun, serial number MV0267567
- Ruger, Model 10-22, .22 Long Rifle caliber, rifle, serial number 0011-33122
- Mavi, Model Companion, 20 gauge shotgun, serial number 31002
- Remington, Model 7400, 30-06 SPRG, rifle, serial number 8186587
- Harrington and Richards, Model Bay State, 16 gauge shotgun, serial number A879256
- Marlin, Model 336, .35 REM caliber, rifle, serial number 23168882

said firearms having been shipped and transported in interstate commerce.

(18 U.S.C. § 922(g)(1))

Forfeiture Notice No. 1

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g) set forth above, JOSHUA STRATTON shall forfeit to the United States any firearms and ammunition involved in the commission of the offense, including, but not limited to:

- Ruger, Model Red Hawk, .44 Magnum, revolver, serial number 502-27140
- SCCY, Model CPX-2, 9mm semi-automatic, pistol, serial number 277641
- Ruger, Model AR-556, .556 caliber, AR-style rifle, serial number 855-61032
- Maverick Arms (Mossberg), Model 88, 12 gauge shotgun, serial number MV0267567
- Ruger, Model 10-22, .22 Long Rifle caliber, rifle, serial number 0011-33122
- Mavi, Model Companion, 20 gauge shotgun, serial number 31002
- Remington, Model 7400, 30-06 SPRG, rifle, serial number 8186587
- Harrington and Richards, Model Bay State, 16 gauge shotgun, serial number A879256
- Marlin, Model 336, .35 REM caliber, rifle, serial number 23168882

(18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c))

A TRUE BILL



_____
FOREPERSON

_____ (JAO)
CHRISTINA NOLAN
United States Attorney
Burlington, Vermont
July 25, 2019